UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

LEE SHAW, et al., )
)
       Plaintiffs )
) Case No.  1:10-cv-01397-HGD
  vs. )
)
THE CITY OF HEFLIN, ALABAMA, )
et al., )
)
       Defendants )

### **MEMORANDUM OPINION**

On February 9, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  On February 23, 2012, plaintiffs and defendants filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, and plaintiffs' and defendants' objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 27th day of February 2012.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE