FILED
 2012 Feb-27  PM 02:40
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LEE SHAW, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | Case No. 1:10-cv-01397-HGD |
| vs. ) | |
| ) | |
| THE CITY OF HEFLIN, ALABAMA, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

**O R D E R**

In accordance with the Memorandum Opinion entered contemporaneously herewith, it is ORDERED, ADJUDGED and DECREED that

(1) the motion to dismiss claims against defendants Anna L. Berry, Kenneth R. DuHon, Jerry L. Gaines, Johnny E. Heard in their official capacities is GRANTED, and such claims are DISMISSED WITH PREJUDICE;

(2) the motion to dismiss Count I is GRANTED, and Count I of the Second Amended Complaint is DISMISSED WITH PREJUDICE;

(3) the motion to dismiss as to Count II is GRANTED as to the claim of Ty Payne, and the claim of Ty Payne in Count II of the Second Amended Complaint is DISMISSED WITH PREJUDICE

(4) the motion to dismiss as to Count II of the Second Amended Complaint is DENIED as to the claims of plaintiffs Lee Shaw and Susan Young;

(5) the motion to dismiss Counts III, IV, VI and VIII of the Second Amended Complaint is DENIED;

(6)   the motion to dismiss Count V is GRANTED, and Count V of the Second Amended Complaint is DISMISSED WITH PREJUDICE; and

(7)   the motion to dismiss Count VII of the Second Amended Complaint is DENIED.

DONE this 27th day of February 2012.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE